UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO.: 15-CR-2559-GPC |
| Plaintiff, | **ORDER DENYING MOTION TO OBTAIN PRE-APPROVAL OF THE COURT TO LEAVE RESIDENCE** |
| v. | |
| **GLORIA GALAZ**, | |
| Defendant. | |

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1
2
3
4
5
6
7
8

On August 6, 2020, the Court granted Defendant Gloria Galaz's motion for compassionate release due to the risk posed to her health by COVID-19 while she was in custody.  Defendant now seeks pre-approval of the Court to leave her residence and travel to Tijuana, Mexico during the holidays.  Given the recent surge in COVID-19 cases in Southern California and in Mexico, the Court finds that permitting Defendant to travel outside of her home to visit family at this time would pose risks to her health similar to those that she sought to avoid when seeking release from custody.

9
10

The Court therefore **ORDERS** that Defendant's motion to obtain pre-approval of the Court to leave her residence is **DENIED**.

11

**IT IS SO ORDERED**.

12
13

Dated:  January 4, 2021

14
15

Hon. Gonzalo P. Curiel
United States District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28